MONTANA ORE PURCHASING CO. et al. v. BUTTE & BOSTON CONSOL. MIN. CO. (Circuit Court of Appeals, Ninth Circuit. October 20, 1903.) No.

1.006. Petition for writ of supersedeas directed to the Circuit Court of the United States for the District of Montana to stay execution of decree, etc. John J. McHatton and James M. Denny, for petitioner. Crittenden Thornton, for respondent. No opinion. Petition denied.